# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| **FLY BY JING LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**US CUSTOMS AND BORDER PROTECTION AND RODNEY S. SCOTT, in his official capacity as COMMISSIONER, U.S. CUSTOMS & BORDER PROTECTION,**<br><br>**Defendants.** | : | **Court No. 26-03707** |

**ORDER**

On consideration of plaintiff's consent motion for motion for errata to file a corrected Form 13, it is hereby

ORDERED that the motion is granted.

Dated:

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| **FLY BY JING LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**US CUSTOMS AND BORDER PROTECTION AND RODNEY S. SCOTT, in his official capacity as COMMISSIONER, U.S. CUSTOMS & BORDER PROTECTION,**<br><br>**Defendants.** | : | **Court No. 26-03707** |

**<u>PLAINTIFF'S CONSENT MOTION FOR ERRATA</u>**

Plaintiff, Fly By Jing LLC, by and through its attorneys, respectfully submits this Consent Motion for leave to file a corrected Form 13 Corporate Disclosure Statement.

The Form 13 Corporate Disclosure Statement (DOC #5) was inadvertently filed using an outdated version of the form. Plaintiff has since submitted the correct revised Form 13 (Amended Form 13 Corporate Disclosure Statement, DOC #6, attached). Since there is no litigation financing at issue here, the substitution of the corrected document will not prejudice the parties in any way.

Justin R. Miller, Attorney-In-Charge of the International Trade Field Office, consented to this motion on behalf of the government on August 25, 2026.

Accordingly, Plaintiff respectfully requests that the Court grant this Consent Motion and accept the corrected Form 13 Corporate Disclosure Statement (DOC #6) in place of the previously filed Form 13 Corporate Disclosure Statement (DOC #5).

Date: August 26, 2026

Respectfully submitted,

SHARRETTS, PALEY, CARTER & BLAUVELT, P.C.

Attorneys for plaintiff

75 Broad Street

New York, New York, 10004

Telephone (212) 425-0055

By: /s/ Allison M. Baron

Allison M. Baron, Esq.
abaron@spcblaw.com

**CERTIFICATE OF COMPLIANCE**

I, Allison M. Baron, attorney for plaintiff, hereby certify, pursuant to section 2(B)(1) of the Standard Chambers Procedures of this Court, that this motion contains 143 words, excluding any materials excluded from those Procedures' requirements, as calculated by the word processing system used to prepare this brief (Microsoft Word).

/s/ Allison M. Baron

Allison M. Baron, Esq.
SHARRETTS, PALEY, CARTER
& BLAUVELT, P.C.
75 Broad Street
New York, NY 10004
Tel. No.: (212) 425-0055